UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CASEY A. DINWIDDIE,<br><br>    Defendant. | 1:15-CR-00182-LJO-1<br><br>**ORDER TERMINATING SUPERVISED RELEASE (Doc. 4)** |

   Before the Court for decision is Defendant's motion for early termination of supervised release. Doc. 4. Defendant has been on supervised release since February 11, 2013 in connection with a guilty plea to one count of importation of methamphetamine in Southern District of California Case No. 06CR01461-001-BEN. Defendant's motion represents that Defendant has been in compliance with the terms of supervision, has remained drug free, and has been consistently employed. Defendant's probation officer does not oppose termination of supervision.

   Accordingly, it is HEREBY ORDERD that Defendant's supervised release is TERMINATED IT IS SO ORDERED.

   Dated:   **November 18, 2015**         /s/ Lawrence J. O'Neill
                           UNITED STATES DISTRICT JUDGE